UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                CASE NO. 6:13-cr-61-Orl-31GJK

SALVATORE CICCARELLO,

    Defendant.

## **ORDER**

Defendant has filed a Motion to Modify Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 98). Defendant requests the Court to modify his sentence imposed on January 27, 2014, based on Amendment 791 to the United States Sentencing Guidelines. Defendant notes that Amendment 791 adjusted the economic loss amounts in the loss tables and the adjustments warrant a two level reduction.

Pursuant to 18 U.S.C. § 3582(c)(2), the Court may modify a term of imprisonment as follows:

> in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), . . . the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, *if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.*

18 U.S.C. § 3582(c)(2) (emphasis added). United States Sentencing Guideline § 1B1.10(d) lists the amendments to the Sentencing Guidelines that the Sentencing Commission has

1

indicated courts may apply to reduce a defendant's term of imprisonment. *See* U.S.S.G. § 1B1.10(a)(1) ("In a case in which a defendant is serving a term of imprisonment, and the guideline range applicable to that defendant has subsequently been lowered as a result of an amendment to the Guidelines Manual listed in subsection (d) below, the court may reduce the defendant's term of imprisonment as provided by 18 U.S.C. 3582(c)(2)."). Amendment 791 is not included in § 1B1.10(d). *See* U.S.S.G. § 1B1.10(d) ("Amendments covered by this policy statement are listed in Appendix C as follows: 126, 130, 156, 176, 269, 329, 341, 371, 379, 380, 433, 454, 461, 484, 488, 490, 499, 505, 506, 516, 591, 599, 606, 657, 702, 706 as amended by 711, 715, 750 (parts A and C only), and 782 (subject to subsection (e)(1))."). Consequently, Defendant is not eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Accordingly, Defendant's Motion to Modify Sentence (Doc. 98) is **DENIED**.

    **DONE AND ORDERED** in Orlando, Florida this 14th day of April, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-1 4/14
Salvatore Ciccarello
Counsel of Record